[No. 16854.   Department One.   March 10, 1922.]

ABRAHAM POLISKY *et al., Appellants,* v. PUGET SOUND
ELECTRIC RAILWAY, *Respondent.*[1]

APPEAL (142)—EXCEPTIONS TO INSTRUCTIONS. Error cannot be
predicated upon the giving of instructions to which no exceptions
were taken.

Appeal from a judgment of the superior court for
Pierce county, Chapman, J., entered April 28, 1921,
upon the verdict of a jury rendered in favor of the
defendant, in an action in tort. Affirmed.

*P. L. Pendleton* and *Gordon & Nolte,* for appellants.

*F. D. Oakley,* for respondent.

PER CURIAM. — This is a personal injury action.
There was a verdict for the defendant. Plaintiffs have
appealed.

The first three assignments of error relate to in-
structions to the jury, to which no exceptions were
taken. Under our uniform holdings they will not be
reviewed upon appeal. *Worthy v. Arctic Co.,* 114
Wash. 435, 195 Pac. 222. The other three assignments
of error are that the instructions as a whole are in-
consistent, that the court erred in denying the motion
for a new trial, and erred in entering judgment upon
the verdict. They are in no way argued in the briefs.
However, upon an examination of the record, we are
satisfied that none of the assignments is well taken.
Affirmed.

[1]Reported in 204 Pac. 779.